IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 01-WY-0917-AJ (PAC)

BROWN GROUP RETAIL, INC.,

        Plaintiff,

v.

DABLAM, LTD., et al.,

        Defendants.

**ORDER DISMISSING ALL REMAINING CLAIMS**

    The Court, having considered Plaintiff's Unopposed Motion to Dismiss All Remaining Claims, **ORDERS** that all remaining claims pending in this action not previously subject to orders of dismissal, including without limitation, Brown's claims against Donald Burris, John B. Tweedy, H. Benjamin Duke, Jr., Keith Anderson, Eugene Nault d/b/a Polka Dot Cleaners, Loretta Nault d/b/a Polka Dot Cleaners, and Lionel Corporation, are hereby dismissed with prejudice, each party to bear its own costs.

    Entered this 27th day of September, 2005.

        By the Court:

        _____/s/_____
        Alan B. Johnson
        United States District Court Judge